PS 42
(Rev. 7/93)

# United States District Court
## District of

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 7 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| **United States of America** | ) |
| vs. | ) |
| Cory Anton | ) Case  08-CR-00137-WFN - 44 |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Cory Anton_____, have discussed with _____Anne Sauther_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall participate in mental health counseling or drug and alcohol counseling at the direction of the United States Pretrial Services Office.

I consent to this modification of my release conditions and agree to abide by this modification.

X _[signature]_                09-24-09              _[signature]_                9-24-09
Signature of Defendant        Date                  Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                                                09-30-09
Signature of Defense Counsel                                                 Date

☑ The above modification of conditions of release is ordered, to be effective on  10-05-2009.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                                                10-05-2009
Signature of Judicial Officer                                                Date