PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 14 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.     Cory Jay Anton     Docket No.     2:08CR00137-044

### Petition for Action on Conditions of Pretrial Release

COMES NOW Anne Sauther, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Cory Jay Anton who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 13th day of January, 2009, under the following conditions:

**Condition # 28:** Defendant shall be restricted to his/her residence every day from 9 p.m. to 6 a.m. except as required to be away for employment purposes.

**Condition #27:** Random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six times per month. Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 1:** On May 29, 2010, Cory Anton violated the conditions of his pretrial release as he was at Northern Quest Casino at 2 a.m.

**Violation #2:** Cory Anton violated the conditions of his pretrial release by failing to take a urinalysis test on May 17, May 25, June 1, and June 7, 2010.

### PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/11/2010

by     s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

06/14/2010
Date