PROB 12C
(7/93)

Report Date: September 29, 2014

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 29 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Cory Jay Anton     Case Number: 2:08CR00137-WFN-44

Address of Offender     Airway Heights, Washington 99001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 21, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846 |
| Original Sentence: | Prison 41 months; TSR - 60 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: April 15, 2013

Date Supervision Expires: April 14, 2018

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition with future proceedings with the violation(s) previously reported to the Court on May 12, 2014, and issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Anton was arrested by the Spokane Police Department for violating a domestic violence no contact order on September 19, 2014. According to the police report, Mr. Anton violated an active domestic violence order of protection by attempting to make contact with the victim at her residence. The victim showed the arresting officer a video she took of Mr. Anton backing out of her driveway after she told him to leave her residence. Mr. Anton was located and arrested at his place of employment on that same day without incident. |
| 3 | **Mandatory Condition #3:** The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | **Supporting Evidence:** Mr. Anton was arrested on September 19, 2014, by the Spokane Police Department for a domestic violence no contact order violation. Mr. Anton did not inform the undersigned officer of his arrest in this matter. The undersigned officer contacted the offender on September 24, 2014, to question him about this incident. |

Prob12C
Re: Anton, Cory Jay
September 29, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   9/29/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/29/14
Date