PROB 12C
(7/93)

Report Date: January 15, 2016

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**for the**

JAN 19 2016

**Eastern District of Washington**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cory Jay Anton                    Case Number: 0980 2:08CR00137-WFN-44

Address of Offender: _____ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 21, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison 41 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: April 15, 2013 |
| Defense Attorney: | Ronald A. Van Wert | Date Supervision Expires: April 14, 2018 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

   **Supporting Evidence**: Mr. Anton failed to report to his probation officer as directed on January 11, 2016, in violation of his standard condition number 3.

   On January 5, 2016, the undersigned officer mailed a letter to Mr. Anton directing him to report to the U.S. Probation Office on January 11, 2016, at 9:00 a.m. Mr. Anton failed to report on that date. Numerous attempts have been made to contact Mr. Anton with negative results.

2    **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C
**Re: Anton, Cory Jay**
**January 15, 2016**
**Page 2**

<div style="margin-left:2em">

**Supporting Evidence**: On October 22, 2015, Mr. Anton was directed to schedule an updated chemical dependency evaluation. Mr. Anton scheduled the needed assessment, only to cancel the assessment. He has not completed his substance abuse evaluation as of the date of this report.

3 **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Anton failed to submit to urine testing as directed on December 28, 2015, in violation of special condition number 18.

Mr. Anton failed to comply with drug testing requirements on December 29, 2015, by attempting to circumvent the results by using a device. He attempted to provide false urine during testing by using a device taped to his body.

</div>

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1/15/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/19/16

Date